UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS TRAINA,<br>　　　　　Plaintiff,<br>　　v.<br>KAISER PERMANENTE, et al.,<br>　　　　　Defendants. | Case No. 20-cv-07198-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 3, 15 |

On October 15, 2020, the Court issued an order setting an initial case management conference for January 11, 2021. The Court required Plaintiff to file a case management statement by January 4, 2021. Plaintiff failed to do so. On Monday, January 11, 2021, the Court held the further case management conference in this matter by Zoom, but Plaintiff did not appear. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than February 2, 2021.

Additionally, the Court notes that Plaintiff has filed an administrative motion for the United States Marshall Service to serve the Defendants in this case. However, because the Plaintiff is not proceeding in *forma pauperis*, the Court DENIES the motion. The Court reminds Plaintiff that it is Plaintiff's obligation to serve Defendants within the time limits set by Federal Rule of Civil Procedure 4(m), or seek leave of Court for an extension of time.

The Court advises Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (http://cand.uscourts.gov/prosehandbook). The Court further advises that Plaintiff may call the Legal Help Center at (415) 782-8982 for a free appointment

with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: January 12, 2021

_____
SALLIE KIM
United States Magistrate Judge