UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS TRAINA,<br><br>                    Plaintiff,<br><br>       v.<br><br>KAISER PERMANENTE, et al.,<br><br>                    Defendants. | Case No. 20-cv-07198-SK<br><br>**ORDER REGARDING ORDER TO SHOW CAUSE** |

After Plaintiff failed to file a case management statement or appear for the case management conference held on January 11, 2021, the Court issued an Order to Show Cause ("OSC") to Plaintiff to show why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Court then extended Plaintiff's time to respond to the OSC until February 16, 2021, however, Plaintiff has not yet done so.  The Court is providing Plaintiff with one more opportunity to Show Cause why this case should not be dismissed for failure to prosecute.  Plaintiff must respond to the OSC in writing by no later than March 29, 2021.  Plaintiff is admonished that failure to file a response to the OSC by March 29, 2021 will lead to the Court reassigning this case to a district judge with a report and recommendation to dismiss this case for failure to prosecute.

**IT IS SO ORDERED**.

Dated: March 12, 2021

_____
SALLIE KIM
United States Magistrate Judge