United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRIS TRAINA,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**KAISER PERMANENTE, ET AL.,**<br>　　　　Defendants. | CASE NO. 4-20-cv-07198-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 23 |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation (Dkt. No. 23, Report and Recommendation, "Report") recommending dismissal of this case without prejudice because of plaintiff's failure to prosecute the case. In accordance with Federal Rule of Civil Procedure 72, objections were due on or before June 25, 2021. No objections have been filed with the Court. The Court has reviewed the Report carefully and finds it correct and well-reasoned.

Accordingly, and for the reasons set forth in the Report, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute due to plaintiff's failure to respond to the Court's Order to Show Cause.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: July 6, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**